**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**BILLY CUPIT and LINDA CUPIT**                                        **PLAINTIFFS**

**V.**                                                                        **NO. 3:19-CV-207-DMB-RP**

**C. R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED**                                                          **DEFENDANTS**


**ORDER CLOSING CASE**

On September 25, 2019, the parties filed a notice "[p]ursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii)," stipulating by agreement to the dismissal of this case "without

prejudice and without costs." Doc. #14. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 30th day of September, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**